

CIVIL ACTION NUMBER
3:03-cv-109(AVC)

FILED
2003 DEC -5 A 9: 26
US DISTRICT COURT
HARTFORD CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUTKIEWICZ, et al, pro se<br>   *Plaintiffs* | CIVIL ACTION NUMBER<br>3:03-cv-109(AVC) |
| vs. | |
| BONNIE MASKERY, et al, pro se<br>RAINBOW IN A TEAR WORKSHOPS, et al<br>   *Defendants* | December 5, 2003 |

### NOTICE OF UNAVAILABILITY FOR ANY AND ALL MATTERS CONCERNING THE ABOVE REFERENCED CASE

This is to certify that the above named "Defendants" will be out of the country from December 10, 2003 through January 6, 2004, and will be unavailable for any and all matters concerning the above referenced case.

By: *Bonnie Maskery*
Bonnie Maskery, et al, pro se
16 Minnesota Lane
Bristol, CT 06010-2842

-1-

CIVIL ACTION NUMBER
3:03-cv-109(AVC)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a true and accurate copy of the foregoing **"NOTICE OF UNAVAILABILITY......."** was served via U.S. first-class mail, postage pre-paid, on December 5, 2003, to the following:

THOMAS DUTKIEWICZ, et al, pro se
AIMEE DUTKIEWICZ, et al, pro se
32 Terryville Avenue, 3rd Floor
Bristol, CT 06010

CLARE E. KINDALL, Esq.
ASSISTANT DISTRICT ATTORNEY
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

PATRICK M. FAHEY, Esq.
SHIPMAN AND GOODWIN, LLP
One American Row
Hartford, CT 06103

THOMAS R. GERARDE, Esq.
ALEXANDRIA L. VOCCIO, Esq.
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114

KATHERINE C. CALLAHAN, Esq.
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

_Bonnie Maskery_
Bonnie Maskery, et al, pro se