48

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DUTKIEWICZ, et al,
*Plaintiffs*

v.

STATE OF CONNECTICUT
DEPARTMENT OF CHILDREN AND
FAMILIES, et al,
*Defendants*

CIVIL ACTION NO. 3:03-CV-109 (AVC)

July 23, 2003

HARTFORD CT

**PLAINTIFF'S MOTION FOR EMERGENCY INJUNCTIVE RELIEF**

The Plaintiffs move this Court for an Order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure Rule enjoining the Department of Children and Families ("DCF") and its employees, and the Office of Attorney Generals ("OAG") and its employees collectively called the (state "Defendants") and Superior Court Juvenile Judges ("Judges") and its employees from abridging parent's and children's 4th, 5th and 14th Amendment rights guaranteed by the constitution when government officials attempt to conduct an investigation on private property and the parents assert those rights on behalf of themselves and their children by denying those governmental officials access to their home until those state statutes and policies are amended to protect both the parent's and children's rights.

A memorandum of law in support of this motion has been submitted to the Court.

FILED 2004 MAR -8

Thomas Dutkiewicz
32 Terryville Av., 3rd Floor
Bristol, CT 06010
(860) 585-1136

Aimee Dutkiewicz

ORIGINAL

DENIED as the plaintiffs have failed to show either irreparable harm or a likelihood of success on the merits of this action.

March 8, 2004. SO ORDERED.

Alfred V. Covello, U.S.D.J.