UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUTKIEWICZ, et al, Pro se<br>*Plaintiffs* | CIVIL ACTION NUMBER |
| Vs. | 3:03-CV-109(AVC) |
| BONNIE MASKERY, et al, Pro se<br>RAINBOW IN A TEAR WORKSHOPS, LLC<br>*Defendants* | September 4, 2003 |

**DEFENDANTS' MOTION TO DENY PLAINTIFFS' MOTION FOR DEFAULT ON DEFENDANTS BONNIE MASKERY AND RAINBOW IN A TEAR WORKSHOPS, LLC**

In support of this motion by the Defendant Bonnie Maskery ("Maskery"), please find attached a true and accurate copy of the instrument for the proper filing of **APPEARANCE** by Maskery as a Pro se Defendant that was executed on March 4, 2003. For the purposes of this motion, this page has been numbered "3-for 9-4-03 By BJM". This instrument also appears as entry "3/4/03 15" on the Docket PROSE.

In support of this motion by the Defendant Rainbow In A Tear Workshops, LLC ("RIATW, LLC"), Maskery is still in the process of trying to put in place a Federal Attorney at Law to defend the claim made against RIATW, LLC, as a corporation cannot, by law, be a Pro se Defendant.

In support of the Defendants' Motion To Deny Plaintiffs' Motion For Default On Defendants......... the statement made by the Plaintiffs regarding the filing of an answer to the complaint by Defendants was addressed in a motion filed on August 1, 2003 which was "**DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING,**

*DENIED as moot.*
*Alfred V. Covello, U.S.D.J.*
*March 8, 2004.*
*SO ORDERED.*

1