IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUTKIEWICZ, et al, *Plaintiffs* | CIVIL ACTION NO. 3:03-CV-109 (AVC) |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, et al, *Defendants* | September 3, 2003 |

## WRIT OF MANDAMUS TO COMPEL STATE DEFENDANTS TO CEASE AND DESIST FROM RETALIATING AGAINST PLAINTIFFS AND WRIT OF QUO WARRANTO

On September 2, 2003, Plaintiff, Mrs. Dutkiewicz assisted a single mother to her weekly visits at the Department of Children and Family's ("DCF") New Britain, Connecticut office. Upon arrival, Mrs. Dutkiewicz was told she could not come in to the area where the mother visits with her child even though she did the previous week and the mother had been bringing friends and family for the past two years with no problem. The mother was also told this week she had to call a head of time to notify them who she was bringing even though she has never been told in two years to call a head nor do any other parents have to call head. They willfully chose to retaliate and discriminate against this mother and Mrs. Dutkiewicz.

DCF worker Tiffany Johnson told single mother she could bring anyone she wants with the exception to Mrs. Dutkiewicz. Mrs. Dutkiewicz only intention was to support the mother and give her a ride home as a parent advocate. Mrs. Dutkiewicz never spoke to any Defendants who she may of seen at the time and has no intention to do so. This order to deny Mrs. Dutkiewicz access to a public building in order to support a single mother who asked Mrs. Dutkiewicz to come with her was ordered by Defendants Lisa Sedlock-Reider ("Reider"), Don Shevchuk, Esq. ("Shevchuk") and two other employees who are Barbara Claire, Esq. and Ruth Brown.

By What Authority do these individuals deny Mrs. Dutkiewicz, who was asked by the mother to accompany her to the office of DCF? Mrs. Dutkiewicz has no police record, she has never been

*[Handwritten stamp in left margin: DENIED. Alfred V. Covello, U.S.D.J. March 8, 2004. SO ORDERED.]*