IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUTKIEWICZ, et al, *Plaintiffs* | CIVIL ACTION NO. 3:03-CV-109 (AVC) |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, et al, *Defendants* | September 4, 2003 |

## MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS BONNIE MASKERY, RAINBOW IN A TEAR WORKSHOPS, LLC AND PEDIATRIC ASSOCIATES

On August 20, 2003, Plaintiffs filed a "Motion for Default" with the clerk against Bonnie Maskery ("Maskery") and Rainbow In a Tear Workshops, LLC ("Rainbow") and Pediatric Associates ("Pediatric") for failing to file an appearance and an answer to the complaint. Judgment should be entered in favor of the Plaintiffs and as a result of the Defendants failure to file, it is deemed to be an admission that the demands of the Plaintiff's complaint are valid and true.

In the case of Pediatric, the monetary damages, which include punitive and compensatory damages in the amount of $500,000.00, be awarded to the Plaintiffs. That Pediatric created, allowed and promoted an atmosphere of being "DCF happy" which harmed the Plaintiffs and denied them their due process rights and civil rights. Pediatric is responsible for policy and training and do to their actions and inactions, office personnel along with both Drs. Hodder and Clark conspired and misrepresented the Plaintiffs children's records which resulted in the false charges of "Medical Neglect" and "Physical Neglect". Office personnel took a perfectly normal child's record and proceeded to go through those records and pick and choose three and four word sound bites without explanation and wrote it on a pre made form by Pediatric and faxed that information to DCF.

Up to April 12, 2003, when the investigation started by DCF, Pediatric had no concern what so ever nor did Drs. Hodder and Clark or their office staff on what they were about to unleash on the Plaintiffs. This practice of putting any old information on the form even if it was 4-years old from the

DENIED as the amended complaint does not state a cause of action against any of the named defendants.

March 8, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.