IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUTKIEWICZ, et al, *Plaintiffs* | CIVIL ACTION NO. 3:03-CV-109 (AVC) |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, et al, *Defendants* | September 8, 2003 |

## PLAINTIFF'S MOTION TO COMPEL ALL DEFENDANTS TO EXPUNGE THEIR RECORDS OF ALL STATEMENTS ON OR ABOUT THE PLAINTIFFS

On August 26, 2003, Adjudicator, Dale H. King, J.D. ("King") from the Administrative Hearings Unit, overturned and reversed the substantiation ("allegations") against Mrs. Dutkiewicz due to the fact that The Department of Children and Families ("DCF") could not support any of their allegations with evidence. That is why they had to withdraw their fraudulent petition on December 18, 2002. DCF did not have any evidence to support "medical neglect", "education neglect" and "emotional neglect" against Mrs. Dutkiewicz, and likewise DCF could to produce any evidence to support medical neglect, educational neglect and physical neglect on Mr. Dutkiewicz. All of these allegations were a direct result of failing to conduct a proper investigation due to their gross incompetence and gross negligence, which resulted in the violations of the Plaintiffs due process rights. A sham proceeding is not due process.

Nothing on what Defendants, Valerie Jackson ("Jackson"), Supervisor Greg Hudson ("Hudson") said at the April 1, 2003 hearing was credible or truthful. Nothing what Defendants Katherine Hart ("Hart"), Supervisor Maureen Daly ("Daly"), Supervisor Robert Lapadula ("Lapadula") said at the plea hearing or in their social study was credible or truthful. Nothing what Defendant Lisa Sedlock-Reider ("Reider") swore to in the petition she wrote was credible or truthful. Nothing on what any of the state Defendants said could be supported by any evidence yet they proceeded anyway on mere allegations like they do on all parents.

---

DENIED as a federal court is not the appropriate forum to consider, at this juncture, the relief requested.

Alfred V. Covello, U.S.D.J.

March 8, 2004.
SO ORDERED.