UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS DUTKIEWICZ, ET AL., | : | CIVIL ACTION NUMBER |
| Plaintiffs, | : | 3:03CV109 (AVC) |
| v. | : | |
| STATE OF CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, ET AL. | : | |
| Defendants. | : | JULY 18, 2003 |

**DEFENDANTS HODDER AND CLARK'S
MOTION TO DISMISS**

Pursuant to F.R.C.P. 12(b)(6), defendants Delbert Hodder, M.D. ("Hodder") and Carolyn Clark, M.D. ("Clark"), move to dismiss the claims asserted by Thomas Dutkiewicz, Aimee Dutkiewicz, minor Benjamin Dutkiewicz, minor Madolin Dutkiewicz and minor Garth Dutkiewicz (collectively, the "Plaintiffs") for failure to state a claim upon which relief can be granted.

The plaintiffs' constitutional claims fail to state a claim because there is no allegation that Drs. Hodder and Clark were state actors. The claim under Conn. Gen. Stat. § 20-7c fails to state a claim because the statute confers no private cause of action for damages and there is no allegation that the plaintiffs were required to pay any amount beyond the statutory cap to copy their medical records. Finally, the plaintiffs' claims based upon the disclosure of records made by the moving defendants to

**ORAL ARGUMENT REQUESTED**

[Margin annotation, left side, vertical:] The motion is granted for substantially the same reasons set forth in the defendants, Hodder and Clark's Memorandum of Law In Support of Their Motion to Dismiss. SO ORDERED March 8, 2004. Alfred V. Covello, U.S.D.J.