IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUTKIEWICZ, et al, *Plaintiffs* | CIVIL ACTION NO. 3:03-CV-109 (AVC) |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, et al, *Defendants* | August 6, 2003 |

## PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL

### FOR DEFENDANT ANNE JELLISON

Plaintiffs have made claims against the Bristol Board of Education (the "board") and an individual Defendant Anne Jellison ("Jellison") who was an employee of the board. Jellison no longer works for the board in any capacity for over a month. In fact she works in the town of Winchester, Connecticut for that Board of Education now.

The Plaintiffs stated that Jellison lied and committed fraud when she willfully gave fraudulent information to governmental officials, which resulted in the false charge of educational neglect when she was asked what was in the Plaintiffs son's record even though their son Ben had not gone there in 3 years, the records were not even located there and Jellison was not given permission to release or talk about Ben's record. Jellison's actions was intentional misconduct, and a willful and wanton act to ensure the parents got punished due to the fact that there was hatred by Jellison against the Plaintiffs for their opposition to Jellison's appointment.

Jellison was specifically asked about Ben's record and Jellison exceeded the scope of her authority and spoke about the Plaintiffs son's educational needs and any special needs which was totally incorrect and in opposition to the actual record. Those above her namely Superintendent, Michael Wasta approved the home schooling and the Plaintiffs filled out all the appropriate paperwork. Andrew Lees, head of Special Education stated along with Wasta that Ben had no special needs yet Jellison told governmental officials that Ben was special needs and should be in school. DCF officials took what

*[Marginalia: DENIED. Alfred V. Covello, U.S.D.J. March 8, 2004. SO ORDERED.]*