# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS DUTKIEWICZ, pro se, et al *Plaintiffs* vs. BONNIE MASKERY, pro se, et al *Defendants* | CIVIL ACTION NUMBER 3:03-CV-109(AVC) AUGUST 1, 2003 |

## DEFENDANTS MASKERY et al MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS

Pursuant to F.R.C.P. 12(B)(6), defendants Bonnie Maskery, pro se, et al move to dismiss the claims asserted by Thomas Dutkiewicz, Aimee Dutkiewicz, minor Benjamin Dutkiewicz, minor Mandolin Dutkiewicz, and minor Garth Dutkiewicz (collectively, the "plaintiffs") for failure to state a claim upon which relief can be granted.

Defendants Maskery, pro se, et al hereby adopts the legal arguments as presented by Drs. Hodder and Clark and Pediatric Associates, Inc, dated July 18, 2003. I am not a **State Actor** and Drs. Hodder and Clark and Pediatric Associates, Inc. motion to dismiss also applies to defendants Bonnie Maskery, pro se, et al.

RESPECTFULLY SUBMITTED,

BY: *Bonnie Maskery, et al pro se*
BONNIE MASKERY, et al, pro se
16 MINNESOTA LANE
BRISTOL, CT 06010-2842
TEL: (860) 584-2816
FAX: (860) 589-6391
E-mail: pmaskery@snet.net

---

Handwritten margin note (judge's order):

March 8, 2004. Construed as a motion to dismiss, the motion is granted. As a private person, the defendant, Bonnie Maskery, may not be sued under 42 U.S.C. section 1983 for alleged violations of the Constitution. To the extent the amended complaint may be read to allege a common law cause of action for slander, such an action may be filed in state court. SO ORDERED.

Alfred V. Covello, U.S.D.J.

1