IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUTKIEWICZ, et al, *Plaintiffs* | : | CIVIL ACTION NO. 3:03-CV-109 (AVC) |
| v. | : | |
| STATE OF CONNECTICUT DEPARTMENT OF CHILDREN AND FAMILIES, et al, *Defendants* | : | August 20, 2003 |

**PLAINTIFF'S MOTION FOR DEFAULT ON DEFENDANTS BONNIE MASKERY AND RAINBOW IN A TEAR WORKSHOPS, LLC**

[In s]upport of Plaintiff's motion for default on Defendants Bonnie Maskery ("Maskery") and [Rainbow in a] Tear Workshops, LLC ("Rainbow") the Plaintiffs state the following.

[On or] about January 30, 2003, federal marshals properly served Maskery. Maskery has not filed [an appearance] nor has she filed an answer to the complaint since this time.

[On or] about January 30, 2003, federal marshals properly served Rainbow In a Tear Workshops, [LLC. Rainbo]w has not filed an appearance nor have they filed an answer to the complaint since this time.

[In c]onclusion, please accept this "Motion for Default" and **GRANT** the Plaintiff's motion for [default on bo]th named Defendants.

_____    _____
[Dut]kiewicz                  Aimee Dutkiewicz
[  ] Av., 3rd Floor
[0]6010
[  ]36

Handwritten annotation: 3:03cv109 (AVC). DENIED as the amended complaint does not state a cause of action against any of the named defendants. SO ORDERED. Alfred V. Covello, U.S.D.J.