UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS DUTKIEWICZ and AIMEE
DUTKIEWICZ, on behalf of BENJAMIN
DUTKIEWICZ, MADOLIN DUTKIEWICZ
and GARTH DUTKIEWICZ,, minors

V.                                                    CASE NO. 3:03CV00109(AVC)

RAINBOW IN A TEAR WORKSHOPS,
BONNIE MASKERY, I/O, KRISTINE
RAGAGLIA, I/O, SUSAN BOMBARDIER,
I/O, VALERIE JACKSON, I/O, NANA-KIA
JOHNSON, I/O, GREG HUDSON, I/O, LISA
SEDLOCK-REIDER, I/O, RAYMOND
MADORE, I/O, CHRISTINE LAU, I/O,
ROBERT LAPADULA, I/O, MAUREEN DALY,
I/O, KATHERINE HART, I/O, ROBIN O'SHEA,
I/O, JUNE WEIHN, I/O, JEAN AUGERI, I/O,
EILEEN HYJEK, I/O, DONALD SHEVCHUK,
I/O, STATE OF CONNECTICUT OFFICE OF
THE ATTORNEY GENERAL, SUSAN
PEARLMAN, I/O, KARROL-ANN BROWN,
I/O, SHERRI LABOWSKI, I/O, BRISTOL
BOARD OF EDUCATION, ANN JELLISON, I/O,
PEDIATRIC ASSOCIATES, INC., DELBERT
HODDER, I/O, CAROLYN CLARK, I/O and
DEPARTMENT OF CHILDREN & FAMILIES

JUDGMENT

This action having commenced by a complaint and having been assigned to the

Honorable Alfred V. Covello, United States District Judge; and

The defendant, Eileen Hyjek having been voluntarily dismissed by plaintiffs on April 21,

2003, and

The plaintiffs, having failed to state a claim as to the defendants, Pediatric Associates,

Inc. and Rainbow In A Tear Workshops; and further

The remaining defendants having filed their motions to dismiss, and the Court having considered the full record of the case, including applicable principles of law and on March 8, 2004 having granted the motions to dismiss, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiffs' amended complaint in its entirety.

Dated at Hartford, Connecticut, this 15th day of March, 2004.

KEVIN F. ROWE, Clerk


By:___/s/ JW_____
                      Jo-Ann Walker
                      Deputy Clerk

_____

EOD: _____