**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
**THURGOOD MARSHALL U.S. COURT HOUSE**
**40 FOLEY SQUARE**
**NEW YORK 10007**

Roseann B. MacKechnie
CLERK

FILED
May 17  2 25 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| Date: | 5/13/04 |
| Docket Number: | 04-1881-cv |
| Short Title: | Dutkiewicz v. Rainbow in a Tear |
| DC Docket Number: | 03-cv-109 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Alfred Covello |

ROA REQUEST

Dear Appeals Coord.:

You are hereby directed by this Court to cause the certified agency record in the above entitled action to be transmitted to this office no later than ____5/23/04. However, the ROA Index has been received by this Court.

Please Sign and print your name below:

(Your Signature) *M. Hother*

(Print Your Name) *Martha Gothers*

Very truly yours,

Roseann B. MacKechnie, Clerk

By: _____
Eddie Andino
Deputy Clerk