INDEX

PROSE, CLOSED, APPEAL



# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00109-AVC
Internal Use Only

FILED  
34 PM '04  
U.S. DISTRICT COURT  
NEW HAVEN, CONN.

Dutkiewicz, et al v. Rainbow in a Tear, et al  
Assigned to: Alfred V. Covello  
Referred to:  
Demand: $0  
Lead Docket: None  
Related Cases: None  
Case in other court: None  
Cause: No cause code entered

Date Filed: 01/13/03  
Jury Demand: Plaintiff  
Nature of Suit: 990 Other  
Jurisdiction: Federal Question

**Plaintiff**
--------------------------

Thomas Dutkiewicz, *o/b/o Benjamin, Madolin & Garth Dutkiewicz, minors*

represented by Thomas Dutkiewicz  
32 Terryville Ave., 3rd Fl.  
Bristol, CT 06010  
PRO SE

Aimee Dutkiewicz, *o/b/o Benjamin, Madolin & Garth Dutkiewicz, minors*

represented by Aimee Dutkiewicz  
32 Terryville Ave., 3rd Fl.  
Bristol, CT 06010  
PRO SE

V.

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND __2__ VOLUMES OF ORIGINAL RECORD.

DATE: __EQ. 5/26/04__  
Roseann B. MacKechnie  
CLERK U.S.C.A. 2nd Cir.

**Defendant**
--------------------------

Rainbow in a Tear Workshops

Bonnie Maskery, *Founder, Dir, Counselor I/O*

represented by Bonnie Maskery  
16 Minnesota Lane  
Bristol, CT 06010  
(860) 584-2816  
PRO SE

Kristine Ragaglia, *I/O*

represented by Clare E. Kindall  
Attorney General's Office  
PO Box 120, 4th Floor  
55 Elm St.

